Dismissed and Opinion filed June 5, 2003













Dismissed and
Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00588-CR

____________

 

JAMES RAY BROWN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

____________________________________________

 

On Appeal from
the 338th District Court

Harris County, Texas

Trial Court
Cause No. 922,909

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            Appellant entered a guilty plea to
the offense of driving while intoxicated on April 1, 2003.  In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant to three years’ confinement in the Texas Department of
Criminal Justice – Institutional Division. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  

            The trial court entered a
certification of the defendant’s right to appeal in which the court certified
that this is a plea bargain case, and the defendant has no right of
appeal.  See 








Tex. R. App. P. 25.2(a)(2).  The trial court’s certification is included
in the record on appeal.  See Tex.
R. App. P. 25.2(d).

            Accordingly, we dismiss the
appeal.  

 

                                                                                    PER
CURIAM

 

Judgment rendered and
Opinion filed June 5, 2003.

Panel consists of Justices
Yates, Hudson, and Frost.

Do Not Publish — Tex. R. App. P. 47.2(b).